JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. ED CV 22-0301 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KOHL'S, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of May, 2023.

/s/
Fernando M. Olguin
United States District Judge